# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

FANTA DOUBOUYA,

            Plaintiff,      :

    v.                          Case No. 2:22-cv-3086
                                  Judge Sarah D. Morrison
                                  Magistrate Judge Elizabeth P. Deavers

MOUNT CARMEL HEALTH
SYSTEM,                :

            Defendant.

## ORDER

This matter is before the Court on the August 17, 2022 Report and Recommendation issued by the Magistrate Judge. (ECF No. 7.) The Magistrate Judge performed an initial screen of the Complaint pursuant to 28 U.S.C. § 1915(e)(2) and recommended that the Court dismiss Plaintiff's Complaint in its entirety for failure to state a claim upon which relief may be granted. (*Id.*) The time for filing objections has passed, and no objections have been filed. For the reasons set forth therein, the Court **ADOPTS** and **AFFIRMS** the Report and Recommendation (ECF No. 7) and **DISMISSES** the Complaint (ECF No. 1-1) without prejudice. Plaintiff is permitted to move for leave to amend her Complaint within **THIRTY DAYS** of this order. Defendant's Motion to Dismiss (ECF No. 5) is **DENIED** as moot.

      **IT IS SO ORDERED.**

                                    /s/ Sarah D. Morrison
                                    **SARAH D. MORRISON**
                                    **UNITED STATES DISTRICT JUDGE**